**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 235 WAL 2023

:

Respondent   :

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.   :

:

:

GEORGE RANDALL ADAMS,   :

:

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.